[No. 67357-2-I.   Division One.   March 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMOS NOEL ORTIZ-LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00148-3, John M. Meyer, J., entered July 1, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Schindler and Dwyer, JJ.

[No. 67375-1-I.   Division One.   March 25, 2013.]

ROGER GARDNER *Appellant*, v. FIRST HERITAGE BANK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-08744-1, Ronald L. Castleberry, J., entered June 10, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ. Now published at 175 Wn. App. 650.

[No. 67657-1-I.   Division One.   March 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TREVOR MICHAEL ZOPPI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06253-6, Steven C. González, J., entered August 5, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 67907-4-I.   Division One.   March 25, 2013.]

LORI S. HASKELL, *Appellant*, v. BYERS & ANDERSON, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-17775-1, Michael Heavey, J., entered October 14, 2011. *Reversed* and *remanded* by unpublished opinion per Leach, C.J., concurred in by Schindler and Spearman, JJ.